NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
STEVEN W. MYHRE
Assistant United States Attorney
District of Nevada
Nevada Bar No. 9635
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
steven.myhre@usdoj.gov
*Representing the United States of America*

FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 20 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No.: 2:19-cr- 304 |
| vs. | **VIOLATIONS:** |
| LATONIA SMITH, | 18 U.S.C. § 876(c) – Mailing Threatening Communications (Counts One through Five) |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Mailing Threatening Communications
(Title 18, United States Code, Section 876(c))

On or about August 11, 2018, in the State and Federal District of Nevada and elsewhere,

**LATONIA SMITH,**

defendant herein, knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a communication containing a threat to injure the person of the addressee and another, to wit: a letter directed to S.R., stating, among other

things, "yo[u] do not deserve the air you breath . . . all will die . . . starting with the head . . . REAL THREAT . . . FIX IT . . . .Deadline Monday . . . Pass Along."

All in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO
Mailing Threatening Communications
(Title 18, United States Code, Section 876(c))

On or about April 25, 2019, in the State and Federal District of Nevada and elsewhere,

**LATONIA SMITH,**

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication to injure the person of the addressee and another, to wit: letters addressed to W.B. and S.B., stating, among other things, "[c]ongratulations you have just been added to the hit list . . . congratulations on your wedding [S.B.] hopefully you'll be around for many years to enjoy it . . . revenge is the sweetest joy and every single one of you will meet it face to face no one will be safe . . . will never see it coming it will just be lights out . . . ."

All in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE
Mailing Threatening Communications
(Title 18, United States Code, Section 876(c))

On or about September 30, 2019, in the State and Federal District of Nevada and elsewhere,

**LATONIA SMITH,**

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication to injure the person of the addressee and another, to wit: letters addressed to S.P., stating, among other things, "[y]our throat

2

will be slit you will be recorded as the blood spills from your neck and just as you gasp to take your final undeserving breath three bullets will be placed right through your skull . . . [w]hen you least expect it you will beg for your lives and your childrens lives. Everyone around you will die a painful death . . . ."

All in violation of Title 18, United States Code, Section 876(c).

### COUNT FOUR
Mailing Threatening Communications
(Title 18, United States Code, Section 876(c))

On or about September 30, 2019, in the State and Federal District of Nevada and elsewhere,

**LATONIA SMITH,**

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication to injure the person of the addressee and another, to wit: a letter addressed to T.G., stating, among other things, "[y]our throat will be slit you will be recorded as the blood spills from your neck and just as you gasp to take your final undeserving breath three bullets will be placed right through your skull . . . [w]hen you least expect it you will beg for your lives and your childrens lives. Everyone around you will die a painful death . . . ."

All in violation of Title 18, United States Code, Section 876(c).

### COUNT FIVE
Mailing Threatening Communications
(Title 18, United States Code, Section 876(c))

On or about October 1, 2019, in the State and Federal District of Nevada and elsewhere,

**LATONIA SMITH,**

3

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication to injure the person of the addressee and another, to wit: a letter received by J.W., stating, among other things, "[y]our throat will be slit you will be recorded as the blood spills from your neck and just as you gasp to take your final undeserving breath three bullets will be placed right through your skull . . . [w]hen you least expect it you will beg for your lives and your childrens lives. Everyone around you will die a painful death . . . ."

All in violation of Title 18, United States Code, Section 876(c).

DATED this 20th day of November 2019.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

_____
STEVEN W. MYHRE
Assistant United States Attorney