

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL           )   MINUTES OF COURT
REPORTS OF THE REGULAR GRAND JURY      )
THE  December 15, 2016    TERM 16-2.   )   DATE: November 20, 2019
_____)         at 1:05-1:08  p.m.


PRESENT:  The Honorable_____ELENA J. YOUCHAH_____, United States Magistrate Judge

DEPUTY CLERK:  Elvia Garcia                    REPORTER:  Bonnie Terry

ASSISTANT UNITED STATES ATTORNEY:  KIMBERLY FRAYN & STEPHANIE IHLER  COURTROOM:  3D


PROCEEDINGS:

    Roll of the Regular Grand Jury is taken with **18** members present which constitutes a quorum. The foreman of the Grand Jury presented its partial report and indictments.
    On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is no sealed indictment.
    On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.


| Case | Defendant(s) | Status |
|---|---|---|
| 2:19-cr-303 | SEALED | WARRANT |
| 2;19-cr-266 *Supeseding* | JOEL MARTINEZ-GONZALEZ<br>JESUS MANUEL VELASQUEZ-RINCON<br>MARTIN MARTINEZ MADRID<br>VICTOR RODOLFO REYES, JR | DEFENDANTS 1,2, & 4<br>LOCAL FEDERAL CUSTODY<br>DEFENDANT 3 SUMMONS |
| 2:19-cr-304 | LANTONIA SMITH | LOCAL FEDERAL CUSTODY |
| 2:19-cr-305 | ROBERTO PASCACIO-GARCIA | LOCAL FEDERAL CUSTODY |
| 2:19-cr-306 | GAMALIEL ISLAS-ROJAS<br>A.k.a. Alejandro Macias-Lama,<br>A.k.a Luis Ramirez-Garcua and<br>A.k.a. Sergio Sandoval | WARRANT |


    **IT IS ORDERED** the Arraignment and Plea as to **2:19-cr-266** and **2:19-cr-304, 2:19-cr-305**, will be held on **Wednesday, November 27, 2019, at 11:00 a.m.**, in Courtroom 3D, before Magistrate Judge **Cam Ferenbach.**

///

The Arraignment and Plea as to the remaining defendant will be held at the time of the Initial Appearance.

           DEBRA K. KEMPI, Clerk

           United States District Court

           By   /s/ Elvia Garcia
                Deputy Clerk