**TCM LAW GROUP**
THOMAS C. MICHAELIDES, ESQ.
Nevada Bar No. 5425
2620 Regatta Drive Suite #219
Las Vegas, Nevada 89128
Telephone:   (702) 462-6161
Facsimile:    (702) 413-6255
tcm@tcmlawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISCTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00304-RFB-VCF |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE TRIAL DATE (FIRST** |
| LATONIA SMITH., | ) **REQUEST)** |
| Defendants. | ) |

　　　IT IS HEREBY STIPULATED AND AGREED, by THOMAS C. MICHAELIDES, counsel for the Defendant, and Assistant United States Attorneys STEVEN MYHRE, counsel for the United States of America, that the calendar call currently scheduled for January 21, 2020 at 1:30 p.m. and the the Jury Trial scheduled for January 27, 2020 at 9:00 a.m. be vacated and continued for a period of ninety (90) days.

The Stipulation to continue is entered into for the following reasons:

　　1. Attorney for Defendant Smith has been recently retained and needs additional time to review discovery and conduct factual investigation.

　　2. Attorney for Defendant Smith needs additional time for further evaluation of the evidence for purpose of trial preparation and potential negotiations.

　　3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the Defendant sufficient time, in light of the above, within which

to be able to effectively and thoroughly review the evidence in the above-captioned matter in order to prepare for trial or resolve he matter..

4. Additionally, denial of this request for continuance could be a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

5. This is the First request to continue the trial date.

| | |
|---|---|
| DATED this 16 TH day of January, 2020 | DATED this 16 TH day of January, 2020 |
| /s/ Thomas C. Michaelides | /s/ Steve Myhre |
| THOMAS MICHAELIDES, ESQ. | STEVE MYHRE, ESQ. |
| Attorney for Defendant | Attorney for Plaintiff |

Submitted by:

TCM LAW GROUP


___/s/ Thomas Michaelides_____
THOMAS C. MICHAELIDES, ESQ.
Nevada Bar No. 5425
2620 Regatta Drive Suite #219
Las Vegas, Nevada 89128
Telephone:    (702) 462-6161
Facsimile:      (702) 413-6255
tcm@tcmlawgroup.com
*Attorney for Plaintiff*

TCM LAW GROUP
THOMAS C. MICHAELIDES, ESQ.
Nevada Bar No. 5425
2620 Regatta Drive Suite #219
Las Vegas, Nevada 89128
Telephone:  (702) 462-6161
Facsimile:  (702) 413-6255
tcm@tcmlawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISCTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LATONIA SMITH.,<br><br>　　　　　Defendants. | Case No.:  2:19-cr-00304-RFB-VCF<br><br>**FINDINGS OF FACT,**<br>**CONCLUSIONS OF LAW AND**<br>**ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the continuance is necessary for the following reasons:

1. Attorney for Defendant Smith has been recently retained and needs additional time to review discovery and conduct factual investigation.

2. Attorney for Defendant Smith needs additional time for further evaluation of the evidence for purpose of trial preparation and potential negotiations.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the Defendant sufficient time, in light of the above, within which to be able to effectively and thoroughly review the evidence in the above-captioned matter in order to prepare for trial or resolve he matter..

4. Additionally, denial of this request for continuance could be a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

5. This is the First request to continue the trial date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

///

///

///

## ORDER

IT IS THEREFORE ORDERED that the Calendar Call scheduled for January 21, 2020 at 1:30 p.m. in the above referenced case be continued no more than ninety (90) days and will be rescheduled for the _____ day of _____, 2020., and Jury Trial scheduled for January 27, 2020 at 9:00 a.m. in the above referenced case be continued no more than ninety (90) days and will be rescheduled for the _____ day of _____, 2020.

DATED this _____ of January, 2020.

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE