Attn: Clerk of the Court

— Enclosed Are Subpoenas. I need three copies of each subpoena -- 1 for my records, 1 for government, and 1 to transmit to the Marshal for service on parties.
— Transmit original to Richard Boulware (with FRP 45)
— Enclosed is 1 document containing the Fed.R.P. 45. I need **32** copies to attach to the subpoenas

Please return documents for service, or I will have third party - Annecer Peruzar - pick up subpoenas on the week of July 20, 2020 for further processing.

dated this 17th day of July 2020

Latonia Smith



UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

United States of America,
　　　　Plaintiff

Criminal Action No. 2:19-cr-00304-RFB-VCF

vs

Latonia Smith
　　　　defendant

## SUBPOENA FOR PRODUCTION OF EVIDENCE

To: Las Vegas Metro Police Department

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Place: Lloyd D. George Federal Courthouse
　　　　Office of the Clerk
　　　　333 S. Las Vegas Blvd.
　　　　Las Vegas, NV 89101

DATE and Time: August 17, 2020 at 9:00 A.M.

> You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to defendant as indicated below **before** the due date listed herein for production of items.

Items to Bring:

1. All police/detective body cam footage directly relating to Latonia Smith and/or 9748 Canyon Landing Ave. Las Vegas, NV 89166 on November 1, 2019 & November 2, 2019.

2. All police/detective dash cam footage directly relating to Latonia Smith and/or 9748 Canyon Landing Ave. Las Vegas, NV 89166 on November 1, 2019 & November 2, 2019

3. All police/detective audio directly relating to Latonia Smith and/or 9748 Canyon Landing Ave. Las Vegas, NV 89166 on November 1, 2019 & November 2, 2019

The provisions of Fed.R.P 45 are attached.

DATE:

_____
signature of clerk or deputy clerk

The name, address, email address, and telephone number of party issuing subpoena are:
Latonia Smith, defendant 2190 E. Mesquite Ave. Pahrump, NV 89060 (Legal)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

United States of America,
    Plaintiff

vs

Latonia Smith
    defendant

Criminal Action No 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

To: Caesars Entertainment

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Place: Lloyd D. George Federal Courthouse
    Office of the Clerk
    333 S. Las Vegas Blvd.
    Las Vegas, NV 89101

DATE and TIME: August 17, 2020 at 9:00 AM

> You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to defendant as indicated below <u>before</u> the due date listed herein for production of items.

Items to Bring:

1. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to Yolanda Mationg's termination and/or resignation at Caesars Entertainment.

2. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to any complaints against Yolanda Mationg and their resolutions between January 1, 2011 to present (personal employee information redacted).

3. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to Yolanda Mationg's performance reviews (by any PHWLV/Caesars employee, current & former) at PHWLV and/or any Caesar's entity between January 1, 2011 to present and her employee file.

4. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to Latonia Smith between October 2017 to present.

The provisions of Fed. R. P. 45 are attached

DATE: _____

_____
signature of clerk or deputy clerk

The name, address, email address, and telephone number of party issuing subpoena are:
Latonia Smith, defendant 2190 E Mesquite Ave. Pahrump, NV 89060 (Legal)

United States of America
    Plaintiff

vs

Latonia Smith
    defendant

Criminal Action No. 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

To: Planet Hollywood Las Vegas

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Place: Lloyd D. George Federal Courthouse
Office of the Clerk
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

DATE and TIME: August 17, 2020 at 9:00 AM.

> You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to defendant as indicated below <u>before</u> the due date listed herein for production of items.

Items to Bring:
1. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to Samantha Radak's termination and/or resignation at PHWLV and/or any Caesars entity.
2. All documents/correspondence (email, text, social media, esi, etc) directly mentioning or relating to Samantha Radak's performance reviews (by any PHWLV/Caesars employee, current & former) at PHWLV and/or any Caesars entity between January 1, 2011 to present and her employee file.
3. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to any suspensions and/or terminations issued by Samantha Radak between January 1, 2011 to present (personal employee information redacted).
4. All complaints and resolutions (in the form of email, text, social media, esi, etc.) directly mentioning or relating to Samantha Radak between January 1, 2011 to present (personal employee information redacted.
5. All documents/correspondence (email, text, social media, esi, etc.) directly mentioning or relating to Latonia Smith between October 2017 to present.

The provisions of Fed. R.P. 45 are attached.

DATE: _____

_____
Signature of clerk or deputy clerk

The name, address, email address, and telephone number of party issuing subpoena are:
Latonia Smith, defendant 2190 E. Mesquite Ave. Pahrump, NV 89060 (Legal)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

United States of America
_____
         Plaintiff

         vs

Latonia Smith
_____
         defendant

Criminal Action No. 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

To: The Culinary Union Las Vegas, NV (Local 226)

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Place: Lloyd D. George Federal Courthouse
Office of the Clerk
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

DATE and TIME: August 17, 2020 at 9:00 AM

You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to defendant as indicated below _before_ the due date listed herein for production of items.

Items to Bring:

1. All terminations issued by Samantha Radak at Planet Hollywood Las Vegas between October 2017 to present (personal employee information redacted) and the reasons for the terminations.

2. All terminations or suspensions issued by Samantha Radak at Planet Hollywood Las Vegas directly mentioning or relating to theft of tips/money between October 2017 to present (personal employee information redacted).

3. All complaints and resolutions directly mentioning Samantha Radak and/or Yolanda Mationg at Planet Hollywood or Caesars - Las Vegas, from employees at Planet Hollywood or Caesars- Las Vegas, between January 1, 2018 to present (personal employee information redacted).

The provisions of Fed. R.P. 45 are attached.

DATE:

_____
Signature of Clerk or Deputy Clerk

The name, address, email address, and telephone number of party issuing subpoenas are:
Latonia Smith, defendant 2190 E. Mesquite Ave. Pahrump, NV 89060 (Legal)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

United States of America
  Plaintiff

vs

Latonia Smith
  defendant

Criminal Action No. 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

TO: United States Postal Inspection Service, Justin Steele, and Forensic Laboratory Services

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material by the approved experts (pending court approval; this request partly coincides with the Government request just in case they are not in possession of items):

Place: Lloyd D. George Federal Courthouse
Office of the Clerk
333 S. Las Vegas Blvd.
Las Vegas, NV 89101
(if expert will be an out of town expert, other arrangements will be made between parties)

Date and Time: August 17, 2020 at 9:00 A.M.

You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to expert (upon his/her approval by the court) as indicated below or producing evidence to defendant at her address below and as indicated below **before** the due date listed herein for production of the items.

The provisions of Fed. R. P. 45 are attached.

Items to Bring:

1. All correspondence (email, text, social media, notes, etc) between Justin Steele or USPIS and Craig Etem from October 2017 to present directly mentioning or relating to Latonia Smith. (go straight to defendant)
2. All correspondence (email, text, social media, notes, etc.) between Justin Steele or USPIS and Daniel J. Albregts from October 2017 to present directly mentioning or relating to Latonia Smith (go straight to defendant)
3. All correspondence (email, text, social media, notes, etc.) between Justin Steele or USPIS and Gloria M. Navarro from October 2017 to present directly mentioning or relating to Latonia Smith (go straight to defendant)
4. All correspondence (email, text, social media, notes, etc.) between Justin Steele or USPIS and Elayna J. Youchah from October 2017 to present directly mentioning or relating to Latonia Smith (go straight to defendant)
5. All correspondence (email, text, social media, notes, etc.) between Justin Steele or USPIS and Pierre Hascheff from October 2017 to present directly mentioning or relating to Latonia Smith (go straight to defendant)
6. All correspondence (email, text, social media, notes, etc.) between Justin Steele or USPIS and employees (current or former) of PHWLV and Caesars from October 2017 to present directly mentioning or relating to Latonia Smith (go straight to defendant)
7. Iphone labelled/marked as 150001355423 for forensic examination (go straight to expert).
8. Ipad labelled/marked as 150001355422 for forensic examination (go straight to expert).
9. Iphone labelled/marked as 150001355424 for forensic examination (go straight to expert).
10. letter and envelope labelled/marked as A01290562 for forensic examination (straight to expert).
11. letter and envelope labelled/marked as 150001032625 for forensic examination (straight to expert).
12. Three threatening letters and envelopes labelled/marked as A01290504 (straight to expert) for forensic examination
13. letter and envelope labelled/marked as 150001369528 for forensic examination (straight to expert).
14. Chain of custody for #'s 7-9 above starting on November 1, 2019 to present (straight to defendant)
15. Chain of custody for #'s 10-13 above from November 2017 to present (straight to defendant).
16. Forensic examination techniques and protocols used for #'s 7-13 above (straight to defendant).
17. All Records (email, text, social media, etc.) from Justin Steele detailing his arrival to 9748 Canyon Landing Ave LV NV 84166 on November 1, 2019 and his transport of Latonia Smith to Henderson Detention Center on Nov. 1, 2019 / Nov. 2, 201

DATE:

Signature of Clerk or Deputy Clerk
The name, address, email address, and telephone number of party issuing subpoena are: Latonia Smith, defendant

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

United States of America
    Plaintiff

vs

Latonia Smith
    defendant

Criminal Action No. 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

To: United States of America (AND/OR Forensic Laboratory services)

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material by the approved experts (pending court approval):

Place: Lloyd D. George Federal Courthouse
Office of the Clerk
333 S. Las Vegas Blvd.
Las Vegas, NV 89101
(If expert will be an out of town expert, Other arrangements will be made between parties)

DATE and Time: August 17, 2020 AT 9:00 A.M.

You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to expert (upon his/her approval by the court) as indicated below or producing evidence to defendant as indicated below <u>before</u> the due date listed herein for production of the items.

Items to Bring:

1. Iphone labelled/marked by Government as IS0001355423 for forensic examination (to go straight to expert)
2. Ipad labelled/marked by Government as IS0001355422 for forensic examination (to go straight to expert)
3. Iphone labelled/marked by Government as IS0001355424 for forensic examination (to go straight to expert).
4. letter and envelope labelled/marked by Government as A01290562 for forensic examination (to go straight to expert).
5. letter and envelope labelled/marked by Government as IS00021032625 for forensic examination (to go straight to expert)
6. letter and envelope labelled/marked by Government as IS0001369528 for forensic examination (to go straight to expert)
7. Three threatening letters and envelopes labelled/marked by Government as A01290504 (to go straight to expert)
8. Chain of custody for #'s 1, 2, and 3 above starting on November 1, 2019 to present (to be given to Defendant)
9. Chain of custody for #'s 4-7 above from November 2017 to present (to be given to defendant)
10. Forensic examination techniques and protocols used by the Government and/or Forensic Laboratory Services for #'s 1-7 above (to be given to Defendant)

The following provisions of Fed. R. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g) relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

_____
Signature of Clerk or Deputy Clerk

The name, address, email address, and telephone number of party issuing subpoena are: <u>Latonia Smith, defendant 2190 E. Mesquite Ave., Pahrump, NV 89060 (Legal)</u>

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

United States of America
    Plaintiff
vs.
Latonia Smith
    defendant

Criminal Action No. 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

To: Registered Agent of 750 Arrow Creek Parkway Apartments (Reno, NV)

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Place: Fennemore Craig P.C.
300 E. 2nd Street Suite 1510
Reno, NV 89501

Date and Time: August 19, 2020 at 9:00AM

> You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to defendant as indicated below **before** the due date listed herein for production of items.

Items to Bring:
1. documents specifically detailing the make, model, and manufacturer of the front door on Apartment 7103 on October 31, 2019 (the color of the door is green).
2. Picture of the front door on Apartment 7103 on October 31, 2019 (the color of the door is green).

The following provisions of Fed. R. P. 45 are attached - Rule 45(c), relating to the place of Compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g) relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

_____
signature of Clerk or Deputy Clerk

The name, address, email address, and telephone number of party issuing subpoena are:
Latonia Smith, defendant  2190 E. Mesquite Ave. Pahrump, NV 89060 (Legal)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

United States of America
   Plaintiff

vs

Latonia Smith
   defendant

Criminal Action No. 2:19-cr-00304-RFB-VCF

## SUBPOENA FOR PRODUCTION OF EVIDENCE

TO: Samantha Radak (address listed as 214 Augusta Course Avenue, Las Vegas, NV 89148)

PRODUCTION: YOU ARE COMMANDED to appear at the time, date, and place set forth below. You, or your representative must bring with you the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Place: Lloyd D. George Federal Courthouse
       Office of the Clerk
       333 S. Las Vegas Blvd.
       Las Vegas, NV 89101

DATE and Time: August 17, 2020 AT 9:00 A.M.

You may bypass having to show up at the mentioned place, date, and time by producing evidence directly to defendant as indicated below *before* the due date listed herein for production of items.

Items to Bring:
1. All documents (initial reports and any responses and/or outcomes) for or relating to incident #'s 171227-2896 and 180308-3102.
2. All documents (initial reports and any responses and/or outcomes) for or relating to Any Las Vegas Metro police reports you filed (or that were filed on your behalf) concerning alleged messages you received from October 2017 to present.
3. All documents (initial reports and any responses and/or outcomes) for or relating to Any IC3 (Internet Crimes) reports you filed (or that were filed on your behalf) concerning alleged messages you received from October 2017 to present (Current discovery indicates the filing, so far, of 3 IC3 reports).
4. All documents (initial reports and any responses and/or outcomes) for or relating to Any Facebook reports you filed (or that were filed on your behalf) concerning alleged messages you received from October 2017 to present.
5. All communications (email, text, social, etc.) between yourself and Yolanda Matrong, Teri Pringle, and any other Caesars or PHWLV employee directly referencing Annecer Peruzar and/or Latonia (Toni) Smith.
6. All documents (email, text, social media, etc.) directly referencing or relating to your termination or resignation from PHWLV.

The following provisions of Fed. R. P. 45 are attached - Rule 45(c) relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g) relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

_____
Signature of Clerk or Deputy Clerk

The name, address, email address, and telephone number of party issuing subpoenas are:
Latonia Smith, defendant 2190 E. Mesquite Ave. Pahrump, NV 89060 (Legal)

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Latonia Smith
2470 E. Mesquite Ave.
Pahrump, NV 89060
return-service requested
Med

LEGAL
MAIL

Lloyd D. George Federal Courthouse
Attn: Clerk of the Court
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

This correspondence originated from a detention facility. The facility is not responsible for the contents herein.