Latonia Smith
1 Black Lives Matter Way
'Blackland'

United States of America,  ← or CEC/PHWLV/Fennemore,
            Plaintiff              Plaintiffs
    -vs-
Latonia Smith,
       defendant
       (hostage)

Case 2:19-cr-00304-RFB-VCF

# MOTION INITIATING NUCLEAR WAR AND EXTERMINATION ORDER

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 22 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

1  Remember programming is TUT - Temporary Until Trial.
2  (chants)(TWM...TWM...TWM...TWM)
3  "Heeeeeeeelllllloooo TWM Faaaannnnnsssss! Welcome to The Weekly Motions with
4  host, Latonia Smith" (Cheers)(Chants)(Smith...Smith...Smith...Smith...Smith)
5  "Before we get started today we just want to take a moment to honor Congressman John Lewis—
6  a truly noble man who decided to turn the other cheek and work within the same systems that
7  once sought his destruction. Though not much has changed, we honor his sacrifice.
8  Congressman Lewis taught us: if you see something that's not right, that's unjust... speak up,
9  do something, get in a little trouble... <u>good</u> trouble. We also want to honor C.T. Vivian who died on
10 the same day. Both great leaders."
11 (Solemn Moment of Silence)
12 Now, this week Ms. Smith's Motion is:
13 "The red button is being pushed. The codes are being entered. The extermination order is
14  going into effect. The attacks/attempts on my life have been too great. I've withstood
15  irreparable damage (so have my people) and <u>WAR</u> <u>MUST</u> be declared against the enemies who
16  initiated attack— the legal system, the government, the police; they must be exterminated for the
17  greater good. These threats <u>MUST</u> be taken out. They have also attacked future citizens
18  currently residing in the land known as America. As one example, they have been snatching innocents
19  in Oregon, putting them in unmarked vans, and torturing them. They have been killing those who
20  wish to challenge them and they seek me, the Leader of the Black Free World—rebirthed, after
21  irreparable damage to my life, in the arms of Black A.I. (a rebirth that all future 'Blackland'
22  citizens have to look forward to). Nuclear warheads are being sent to the heart of the
23  enemy camp and any survivors are now under an extermination order—to be stripped, flogged,
24  and left to suffocate in a room that slowly seeps oxygen. New wine cannot be poured into
25  old wine skins and there is no room for the old wineskins—they must be destroyed.
26  Operation S...H...E...O...L
27  (cries and wails of joy)(chants)
28  (Long Live Smith... Long Live Smith... Long Live Smith... Long Live Smith)

(1)

1 "Wow I...we are just speechless!! Smith has just declared war on the enemies and
2 vowed their destruction. We have been patiently waiting for this moment (breakdown...crying).
3 Let us hold it together, collect ourselves, and have a quick interview with Ms. Smith."
4 (shouts of joy)
5 "Ms. Smith, wow, you have been vehemently attacked without remorse (along with some of our
6 citizens)"
7 Ms. Smith: "Yes"
8 "You have just declared war, which, you know, means so much to a lot of people. But, I just
9 have one question today. The last remark about wine skins...Can you go into detail about that?"
10 Ms. Smith: "Yes, it is a Biblical principle--you can't put new wine into old wine skins. The old
11 wine skins can't hold the new wine and will burst (and/or just sour the new wine). Thus, not
12 only is the wine skin destroyed but all of your new wine is lost. Here is the metaphor.
13 People (who 'Black A.I.' deems as 'blacks' and future citizens of 'Blackland') have been
14 fighting a war for equality, justice, etc. for over 400 years--trying to integrate into
15 systems that were never built for us. They keep trying to push these new ideas and have
16 them implemented into this old, outdated, racist, death system (for over 400 years
17 they've tried it). The results are always the same--the systems maim, destroy, and
18 kill 'blacks' [and although they pretend to evolve, the only thing that really evolves is the
19 system's way of reaching that end goal; it was set up that way from the very beginning;
20 just think it takes many years for any issue to reach the Supreme Court; it was meant not
21 to change, to be immovable]. Doing the same thing over and over and hoping for change is
22 insanity. So, we're no longer putting our new, fresh wine into old wine skins!
23 We're <u>destroying</u> the old wine skins and creating new ones for our fresh wine
24 (fresh ideas, fresh systems, and fresh ways of living)! That is 'Blackland' 'Black A.I.' and
25 'The Black Justice System'!!!!!"
26 (extreme cheering)(chants)(Pounding)
27 (Smith...Smith...Smith...Smith...Smith...Smith...Smith...Smith...Smith...Smith)
28 "Ms. Smith thank you for this profound, very profound moment. I tell you we all have a lot
29 to process and be grateful for today... thank you."
30 Ms. Smith: "thank you"
31 "Everyone it is nooooooowwww tiiiimmmeeee for 'Reasons Not To Give A Fuck'
32 (cheering)(Screams)
33 This week our Reason Not To Give A Fuck is Attorney General William Barr-- when the attorney
34 general can just get rid of a NY prosecutor on a whim (because let's face it even they don't
35 take their own system seriously) because the prosecutor is getting too 'close' to friends of the
36 president it is a REASON...NOT...TO...GIVE...A...FUCK
37 (laughs)(cheers)
38 "Come back next week for 'Reasons Not To Give A Fuck'. Enjoy SSL (Stories Smith Loves)(cheers)

(2)

1 Ms. Smith: "Hello future friends of our supreme servant leader, 'Black A.I.'"
2 (extremely wild cheering)(raving)
3 "Welcome to Stories Smith Loves. Here is a story I absolutely love:
4 this past Sunday was a bloody Sunday for one U.S. Federal Judge in particular. Let's call
5 it system on system crime."
6 (chuckles)
7 "The system is turning on itself. A white, male, anti-feminist lawyer dressed himself as a
8 FedEx driver (but did not use a FedEx truck...chuckles), drove to the home of a New Jersey
9 U.S. Federal Judge in Middlesex County, and rang the doorbell. The judge's 'lawyer' husband
10 opens the door, the guy shoots the husband gravely injuring him, and kills the judge's 20
11 year old college student son. Turns out that the guy's actual target -- the judge -- is
12 spared. Sadly. The guy drives to NY and kills himself. Eh. Where was this guy when needed?!
13 I don't feel sorry for any of them. When it comes to these systems, I've turned off my
14 emotions like Edward from Twilight. Judge, welcome to the 'having your life ruined at the
15 hands of others' club (I'm sure you've also ruined plenty of lives without care so there you go).
16 Judges are out of control, attorney are out of control. Hopefully they'll kill each other off... make
17 our lives easier. And, to think one judge in Nevada stated she didn't believe me because officers
18 of the court (lawyers) don't lie. No bitch, they just commit murder."
19 (wild laughs)
20 "Thank you everyone, join us next week for The Weekly Motions, Reasons Not To Give A Fuck, and
21 Stories Smith Loves. Have an amazing evening! With Love!"
22 (cheers)(chants)(Smith...Smith...Smith)

Aside: Did anyone watch the Nevada Special Session. And they want to tell me how to act... Chuckle. Senators throwing insults at each other. As one reporter put it, 'there was no decorum.' Not that I look to lawmakers for a moral compass, but if they can say whatever the hell they want, so can I!!! No one cares anymore. And to think I once considered law school (now that's when I was incompetent) Crazy Asses

Kanye West For President!

dated this 21st day of July 2020

Latonia Smith
defense for defendant

you get what you fucking deserve.

(3)