Latonia Smith
888 Gold Road
Heaven

United States of America, ← or LEL/PHWLV/Fennemore,
   Plaintiff                     Plaintiff(s)

No. 2:19-cr-00304-RFB-VCF

-vs-

Latonia Smith,
   defendant
   (hostage)

## NOTICE

1. Defendant is putting it on the record that any expert/s that may be retained by/for
2. defendant will be _privately_ obtained through outside donors. Defendant will not be using
3. court appointed (or court-only approved) experts nor government funds. All potential expert/s for
4. defendant will be independent.

dated this 7th day of August 2020

Latonia Smith,
defense for defendant



WITCH HUNT
LYNCHING

___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

AUG 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___                  ___DEPUTY

Latonra Smith
2190 E. Mesquite Ave.
Pahrump, NV 89060
return service requested

LAS VEGAS NV 890
07 AUG 2020 PM 3 L

Lloyd D George Federal Courthouse
Attn: Clerk of the Court (file enclosed)

333 S. Las Vegas Blvd.

Las Vegas, NV 89101

This correspondence originated
from a detention facility.
The facility is not responsible
for the contents herein.

LEGAL
MAIL