Latonia Smith
888 Gold Road
HEAVEN

HEY! They told Colin NFL games were the wrong place to protest too. Activists don't bow to racist demands! And, how many of you officials are guilty beyond a presumption of innocence and have NOT been accused, if that person will be punished anyway?! None! The American system is the Nazi Germany extermination camp for people of color (the Germans based most of their ideas on the American system by the way).

United States of America, Plaintiff   &   For CEC/PHWLV/Fennemore, Plaintiffs

-vs-

Latonia Smith, defendant (HOSTAGE)

"Imagine that I have to fight to go to trial -- fight TO GO to trial! Making history!"
"History will be kind to me for I intend to write it."
"The darkest places in hell are reserved for those who remain neutral in times of moral crisis!"

No. 2:19-cr-00304-RFB-VCF

MOTION TO PUT DEFENDANT'S ISSUES WITH COURT ON RECORD

(Defendant is notating everything in this legal lynching and keeps copies of EVERYTHING filed)

FILED AUG 11 2020 CLERK US DISTRICT COURT DISTRICT OF NEVADA BY_____ DEPUTY

BY YOUR SPIRIT I WILL RISE FROM THE ASHES OF DEFEAT THE RESURRECTED KING IS RESURRECTING ME

1  Defendant is putting it on the record that she has ordered that the attorney, Williams object to/stay/appeal
2  Boulware's August 6, 2020 decision (since I have no rights in Nevada courts). Defendant also objects to Boulware's
3  craft service to the government (the stench of your bias/prejudice is conspicuous). And, Defendant objects to
4  Boulware (being the racist coward that he is) muting Defendant at the beginning of/throughout the August
5  6, 2020 hearing via video (for NO reason). Judges are just mad that I have the audacity to call out your
6  bullshit and conflicts of interest so you're abusing the law and your unworthy positions to carry out
7  personal vendettas (getting under your skin much?!). Boulware talked about inappropriate filings.
8  Well, there are plenty of inappropriate things going on in this case (let's start with you being on it) so
9  spare me your shit; we can go tit for tat all day. And, Boulware shouldn't be concerned with the
10 defense/s I want to mount. If this case survives and if I feel the need to even bring a defense, it
11 will be backed by evidence (hopefully you get kicked off the case anyway). But, then again, you all have
12 no intentions to let me go to trial (more later). Defendant is also putting it on the record that it is
13 bizarre that the government has not released electronics/civil document stolen by police, amongst
14 other things (doing God knows what) that have been in their possession for nearly a year. Defendant
15 is also putting it on the record that she will not comply with or be subjected to the August 6, 2020
16 decision nor government officials. Defendant will invoke her right to remain silent if government
17 officials attempt to come in to question Defendant's competence; it is a violation of Defendant's
18 Constitutional rights, thus Defendant does not have to be subjected to it. A doctor has already ruled
19 that Defendant is competent and the court refused to ask him any questions concerning his decision, at
20 the August 6, 2020 hearing because it wants to continue granting favors to the government as an indirect
21 means for 'revenge' (though Boulware stated it was a competency hearing in his order, he suddenly
22 switched tune at hearing saying it was not... the whole thing is bullshit that's why). Defendant objects
23 to this entire 'competency' scheme being put on by the government and the court as a nefarious
24 coup to allow the government/the court to violate Defendant's speedy trial rights (which they
25 already have and which is subject to case dismissal), continue their desperate attempts at evidence
26 creation, bar Defendant from going to trial (by attempting tactics such as 'forced pleas') to protect
27 wrongdoings/reputations, and bar Defendant from self-representation in violation of the
28 Constitution (non-exhaustively). Defendant recognizes that Boulware strategically set a Faretta
29 hearing for September 22, 2020 (even though Defendant petitioned for self-representation FIRST
30 since March 2020), dangling it over Defendant's head with NO intention of actually conducting one
31 or conferring Defendant's rights, also knowing that even if the court does come to their senses (or is
32 forced to their senses) in abiding by the U.S. Constitution, Defendant would not be able to get to trial
33 (receiving files) by October 19, 2020 further pushing the trial back/illegally and unjustly holding Defendant
34 under the guise of making an 'extension' the fault of Defendant (for further exclusion under the Speedy Trial Act).

1 Defendant is keen on and attuned to, the corrupt and nefarious strategies being employed by the
2 court and the government.
3 Also, since this court refuses to remove Williams as attorney and appoint Defendant as defense
4 (her right), Defendant is putting it on the record that the positions of attorneys DO NOT necessarily
5 express the views of Defendant in this case. Williams has made it clear to me that she does not
6 believe in my innocence (she just wants me to plead guilty so she can move on to her next government-
7 paid assignment). Williams has also stated on the record that though I have valid defenses
8 (the few that she even knows about), she would be unwilling to raise them to defend me. All of
9 this is her right, but don't bring that bullshit to me. That's why she's working with the
10 government (telling them about the few defenses I shared), smiling, laughing, and giggling. Just dumb.
11 So, I find it unnerving that the court has left her on the case and expects me to work with that.
12 It is obvious that Defendant understands her case. Defendant has also been representing
13 herself in 3 civil suits and has represented herself at multiple civil hearings.
14 A judge must allow self-representation if Defendant is competent to understand and participate
15 in proceedings (though the topic is just a vexatious ploy by the court and government, a doctor ruled
16 Defendant competent).
17 The standard for competence here is whether or not I understand the charges. My motions to
18 the court, however you feel about them (and just know I don't care how you feel about them), have
19 nothing to do with that. The court choosing to remain blind to the issues raised and hating my
20 challenge to their so-called authority, does not conclude incompetence or mental illness. Also, how
21 I choose to characterize the charges have nothing to do with whether or not I understand
22 proceedings/can proceed alone. Just because you all hate that I point out judge's corrupt involvement
23 does not mean that I don't understand my case. Just because I think this is a joke/charade being
24 put on by Nevada judges doesn't mean I don't understand my case. Just because I think you
25 should shove the charges up your asses, doesn't mean I don't understand my case. Simply put,
26 Again, all are my characterizations, which is what Boulware/this court really have a problem
27 with because as soon as 'bias' was mentioned he threw a temper tantrum (you know what they
28 say about the shoe fitting). Perhaps, if I wasn't muted, I would have made that argument
29 (deep eye roll). Just because you don't believe in something (i.e. Heaven) doesn't mean it's not
30 real. And, instead of asking third parties about my filings, I was right there to be questioned.
31 BUT, this court has an agenda to coddle Steve Myhr's passive aggression so... 🖕
32 [And Steve you're not far off from the grave and I hope it's a miserable, horrific trip. And,
33   Your assistant Daniel looks like the Boston Marathon bomber... creep].
34 Also, a little education on differential diagnoses since people are idiots -- if someone is experiencing
35 a set of symptoms, a differential diagnosis is just a list of diagnoses with similar symptoms i.e. a
36 list of symptoms could have differential diagnoses of cancer and kidney disease; it doesn't
37 mean you have cancer. It simply helps the physician narrow down the choices and pinpoint the
38 actual diagnosis. Dumb asses. And, nowhere is 'a lost touch with reality' written. So, the idiots are
39 just that, idiots.
40 I'll be expecting my own case to be handed to me and subsequent immediate rulings on my
41 motions/trial.

1. I'm not cooperating with government competency (try to hold me). I'm aware that the court/
2. government have no intentions to let me go to trial. They will use every tactic (including my
3. own attorneys) to try to stop me. They will use their government psych to <u>lie</u>, <u>make up</u>, and
4. <u>fabricate</u> determinations of incompetence/mental illness (none of which I have) -- whatever
5. they have to do to stop me from bringing my defense. Your real goal is to attempt to punish me
6. so much in hopes that I'll just take a plea so wrongdoings/reputations can be protected (
7. no crosses = safety for so-called government "victims"). Wrong goal.

8. I'm <u>NOT</u> bowing to this <u>corrupt</u> court and <u>corrupt</u> government (you'll meet your own
9. corruption) and I will not let <u>you</u> people execute me (your ultimate means of
10. preventing trial). I'll just kill myself, move on to the next life, and call it that. I'd
11. really rather be on the other side. I'm free there and in complete paradise right beside the
12. Son and the Father (the master of <u>true justice</u>); it's <u>ultimate</u> perfection and there's no
13. corruption and bullshit... just peace. So, I have no problem leaving. I'm sure you'd all
14. be glad but don't be too happy I'll be waiting to watch you incinerated as the kids of
15. Lucifer that you are. I'll be the last face you see. I don't have to put up with this shit
16. for a second more. For the prepared mind death is but the next great journey.
17. Bury me in the ocean with my ancestors who knew <u>death</u> was better than bondage.
18. It's victory not defeat (either way). <u>I</u>'ll have my close ones publish my full defense and
19. finish my planned work if my underlined requests is not swiftly met (since they should have
20. been met long ago; I've been way too patient with the court/government).
21. Hate you all for life! The hottest pits of the underworld are reserved for you. The last ring of
22. Dante's Inferno is reserved for judges (you'll never even make it to purgatory).

dated this 7th day of August 2020

Lutonia Smith,
defense for defendant

Boulware you look like an <u>overstuffed Arthur</u>!
Just thought I'd compliment your appearance
while you were being done in the ass by the
Government (taking & receiving). Hey! You and
Silk's dad, Beavers, have that in common.
Can't believe 44 appointed you. Then, again,
I can; nothing surprising these days!

Latonia Smith
2190 E. Mesquite Ave.
Pahrump, NV 89060
Return service requested

[Postmark: LAS VEGAS NV 890
10 AUG 2020 PM 4 1]

COUNSEL

AUG 11 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

Lloyd D. George Federal Courthouse
Attn: Clerk of the Court (file enclosed)
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

89101-707323

Legal Mail

This correspondence originated from a detention facility. The facility is not responsible for the contents herein.