| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 18 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: LATONIA SMITH.
_____

LATONIA SMITH,

        Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

        Respondent,

UNITED STATES OF AMERICA,

        Real Party in Interest.

No.   20-72240

D.C. No. 2:19-cr-00304-RFB-VCF-1
District of Nevada,
Las Vegas

ORDER

Before: SILVERMAN, McKEOWN, and BRESS, Circuit Judges.

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

    No further filings will be accepted in this closed case.

    **DENIED.**