UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00304-RFB-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LATONIA SMITH, | |
| Defendant. | |

The Court issued an order to conduct a competency evaluation of Defendant Latonia Smith pursuant to 18 U.S.C. § 4241 with specific deadlines. ECF No. 113.  Based upon the information contained in the Government's Motion to Vacate and Continue Trial Settings and Exclude Time Under the speedy Trial Act, Defendant Smith was transported to the BOP facility, FMC Carswell for the purposes of the evaluation. There was, however, a delay in transporting her. The delay in transporting Ms. Smith was to ensure compliance with health protocols regarding limiting the spread of COVID-19 in Bureau of Prison facilities. The BOP has requested additional time to complete the evaluation in this case. The Court finds this to be good cause for a delay.

Accordingly,

**IT IS THEREFORE ORDERED** that the competency evaluation ordered by this Court shall be submitted to the Court by **October 18, 2020**.

**DATED**: September 21, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE