

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

19 cr 304

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

# Minute Orders

## 2:19-cr-00304-RFB-VCF USA v. Smith

APPEAL,Restraint_Full,Restraint_None

# United States District Court

## District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 9/10/2020 at 7:36 AM PDT and filed on 9/10/2020

**Case Name:** USA v. Smith
**Case Number:** 2:19-cr-00304-RFB-VCF
**Filer:**
**Document Number:** 121

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach, as to Latonia Smith on 9/10/2020. Document returned to filer as meant for Ninth Circuit Court. (Attachments: # (1) Pleading returned to filer) (Copies have been distributed pursuant to the NEF - DRS)**

**2:19-cr-00304-RFB-VCF-1 Notice has been electronically mailed to:**

Steven W. Myhre    Steven.Myhre@usdoj.gov, caseview.ecf@usdoj.gov, cassandra.mello@usdoj.gov, christie.hudson@usdoj.gov

Telia U Williams    teliauwilliams@telialaw.com, billthomas@telialaw.com, daviddasilva@telialaw.com

Daniel E Clarkson    daniel.clarkson@usdoj.gov, eduardo.wade@usdoj.gov

**2:19-cr-00304-RFB-VCF-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=9/10/2020] [FileNumber=9906412-0
] [1f13436e1b3110f449102d10fd89b55f2531bfc7255093f706b22437da7e78e650a
5a95db283917b21f352417ab18e0da00fc4121700aabc60e8e0d3f4b66f91]]
**Document description:** Pleading returned to filer
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=9/10/2020] [FileNumber=9906412-1
] [04c4eec6916ba46aca8a5db47235553d12bcaa751bdb576e228fe596f88b4577b8f
0e26d962a30edb6c1b11cef5adb2030fa9e92b59bf8439441aef0d565b200]]