NICHOLAS A. TRUTANICH
United States Attorney
Steven W. Myhre
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
steven.myhre@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia Mary U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Latonia Smith*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00304-RFB-EJY |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE** |
| vs. | |
| LATONIA SMITH, | (FIRST REQUEST) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, Esq., counsel for the defendant, Latonia Smith, and Steven W. Myhre, Esq., Assistant United States Attorney, counsel for the United States of America, that the competency hearing that is currently scheduled for January 5, 2021 at 9:00am, be vacated and reset to a time no sooner than the second week of January, 2021.

This Stipulation is entered into for the following reasons:

1.  Counsel for the Defendant was supposed to have additional time to speak to Ms.

Smith this week to prepare her for her hearing, but the Bureau of Prison facility was unable to facilitate a call this week, due to absences of staff for the holiday observance.

2.  Counsel for the Government has no objection to this continuance.

3.  The Defendant is in custody, and does not object to a brief continuance, preferably for the second week of January 2021.

4.  Denial of this request for continuance would result in a miscarriage of justice. The additional time requested in this stipulation is excludable in computing the time within which the trial in this matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (h)(7)(A), in light of the factors under 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

5.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the competency hearing.

6.  This is the first request for a continuance.

DATED: December 23, 2020

LAW OFFICE OF TELIA U. WILLIAMS

By:  _/s/ Telia Mary U. Williams_

    Telia Mary U. Williams, Esq.
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    Tel.: (702) 835-6866
    telia@telialaw.com

    *Attorney for Defendant,*
    *Latonia Smith*

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

By:  _/s/ Steven W. Myhre_

Steven W. Myhre, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89106
Tel.: (702) 388-6336

*Attorney for Plaintiff*

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00304-RFB-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| LATONIA SMITH, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Latonia Smith, is entered into for the following reasons:

1. Counsel for the Defendant anticipated having additional time to speak to Ms. Smith this week to prepare her for her hearing, but the Bureau of Prison facility was unable to facilitate a call this week, due to absences of staff for the holiday observance.

2. Counsel for the Government has no objection to this continuance.

3. The Defendant is in custody, and does not object to a brief continuance, preferably for the second week of January 2021.

4. Denial of this request for continuance would result in a miscarriage of justice. The additional time requested in this stipulation is excludable in computing the time within which the trial in this matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (h)(7)(A), in light of the factors under 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

5.   For all the above-stated reasons, the ends of justice would best be served by a
continuance of the competency hearing.

6.   This is the first request for a continuance.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant, the opportunity to
adequately prepare for her competency hearing with her counsel.

As such, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the competency hearing currently scheduled for
January 5, 2021 at 9:00am, be continued to the 21st day of January 202 1, at 2:00 PM.

All delay resulting from this continuance shall be, and is, excluded from the
computation of time by which trial must commence under the Speedy Trial Act by virtue
of Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice outweighing the
public's and the defendant's interest in a speedy trial when considering the factors set forth
at Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).

**IT IS SO ORDERED:** this 28th day of December , 2020.

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE