Telia U. Williams, Esq.
Nevada Bar No. 9359
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Tel: (702) 835-6866
telia@telialaw.com
*Attorney for Defendant,*
*Latonia Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LATONIA SMITH,<br><br>          Defendant. | Case No.: 2:19-cr-00304-RFB-VCF-1<br><br>**AMENDED MOTION TO SET FARETTA HEARING** |

   Defendant Latonia Smith moves the court, by way of her appointed counsel, Telia U. Williams, as soon as possible, to set a hearing to canvass her, pursuant to *Faretta v. California*[1], in order that she may be allowed to proceed in this case *pro se*. Ms. Smith's intention is to proceed *pro se*, and to have the earliest date possible for her trial. At the same time, Ms. Smith is not certain that she can be ready for her trial as a *pro se* defendant by the current date for trial, but she is not interested in moving the trial date at this time. The defendant respectfully submits that she would first like to be canvassed for *Faretta*, and if determined competent to represent herself, then the court may canvass Ms. Smith regarding her trial readiness vis-à-vis available trial dates.

---

[1] *See* 422 U.S. 806 (1975).

1

Ms. Smith initially sought this relief on an emergency basis on or near June 8, 2020. However, after the filing of her *Faretta* motion, the Government challenged Ms. Smith's competence to stand trial. On or near August 10, 2020, the court ordered that Ms. Smith undergo a competency evaluation pursuant to Title 18, United States Code, Section 4241(b). Ms. Smith was transferred into the custody of the Bureau of Prisons for a competency evaluation, which was completed on or near October 8, 2020. This court conducted a competency hearing for Ms. Smith on or near January 21, 2021, at which Ms. Smith was found competent. The court held a hearing on or near March 3, 2021, where among other things, undersigned counsel was directed to file an updated *Faretta* request, if Ms. Smith desired one, by today, March 22, 2021, as well as to let the court know about Ms. Smith's intentions regarding trial readiness and the available trial dates.

Thereafter, Ms. Smith was transferred back to the Nevada Southern Detention Center (NSDC), where she arrived on or near March 10, 2021. Counsel has had two videoconferences since then with Ms. Smith in which she has confirmed her desire to proceed in representing herself. Nonetheless, Ms. Smith also desires to assert her Speedy Trial rights, and to have her trial go forward as soon as possible. Ms. Smith would like contemporaneously to discuss trial readiness and available trial dates if she has been found competent to represent herself. If Ms. Smith is not able to represent herself, she likely intends to request to keep her trial date.

/ / /

/ / /

/ / /

/ / /

/ / /

Thus, Ms. Smith requests that she be canvassed as soon as possible to determine her ability to represent herself.

Dated this 22nd day of March, 2021.

Respectfully submitted,

LAW OFFICE OF TELIA U. WILLIAMS
/s/ Telia U. Williams, Esq.
Telia U. Williams, Esq.
Nevada Bar No. 9359
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
*Attorney for Defendant, Latonia Smith*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the following date the foregoing motion was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Dated: March 22, 2021

/s/ David DaSilva

For the Law Office of Telia U. Williams