CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
STEVEN W. MYHRE
DANIEL CLARKSON
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Myhre@usdoj.gov
Daniel.Clarkson@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LATONIA SMITH,<br><br>　　　　　Defendant. | No. 2:19-cr-00304-RFB-VCF<br><br>**Government's Response in Opposition to Defendant's Motion in Dismiss Indictment [ECF No. 188]** |

Certification: This Response is timely filed.

On April 12, 2021, defendant Latonia Smith filed a 22-page Motion to Dismiss the Indictment. ECF No. 188 (hereinafter the "Motion"). Under Rule 12 of the Federal Rules of Criminal Procedure, LCR 12-1 of the local rules, and this Court's Order Regarding Pretrial Procedure (ECF No. 24), the deadline for filing motions attacking the sufficiency of the Indictment under Rule 12 has long since lapsed.

Moreover, both the local rules and the Court's Order on Pretrial Procedure provide the government with fourteen days to respond to motions of this nature. Here, the defendant initially filed the Motion on the docket as a Motion in Limine, which docket entry has since

1

been corrected by the Clerk of Court. That said, it is not clear whether the defendant intended by that filing to include this Motion in the schedule set by the Court for responses to be filed to motions in limine: 9 a.m. on April 14, less than two days from the date the 22-page motion was filed. Whatever the reason for the filing, the government asserts that the issues in the Motion have been waived as untimely filed and should be denied on that basis.

Moreover, in the event the Motion is not denied as waived, the government should be allowed until on or before 14 days from filing to respond, per local rule and this Court's previous Order. A fourteen-day response date, however, will leave the Motion still pending after the commencement of trial on April 22.

The Motion raises a host of issues, citing Supreme Court and Ninth Circuit authorities, among others, for various propositions, to include a constitutional challenge to the Indictment. The government takes the position that the Motion is without merit, but given the untimeliness of the Motion and the time constraints and press of schedule due to trial preparation, it is unable to adequately brief these issues in the little time remaining before the commencement of trial.

1  **WHEREFORE**, the government respectfully requests that the Court deny the Motion as untimely filed. Alternatively, the government seeks an Order re-setting the schedule for Rule 12 Motions and responses thereto in order to provide it with adequate time to respond.

**DATED** this 14th day of April, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel Clarkson
/s/ Steven Myhre

---
STEVEN W. MYHRE
DANIEL CLARKSON
Assistant United States Attorneys
*Attorneys for the United States*