# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LATONIA SMITH,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00304-RFB-VCF<br><br>MINUTES OF THE COURT<br><br>DATED: April 26, 2021 |

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   BLANCA LENZI         COURT REPORTER   PATTY GANCI

COUNSEL FOR GOVERNMENT   STEVEN MYHRE, DANIEL CLARKSON

COUNSEL FOR DEFENDANT   TELIA WILLIAMS, GWYNNE DUMBRIQUE

MINUTES OF PROCEEDINGS: **JURY TRIAL – DAY 3**

The Court convened at 8:59 AM.  Defendant is present in custody with defense counsel. Government Counsel along with USPIS Special Agent Justin Steele are present at government counsel table.

*Outside the presence of the Jury:* The Court addressed the parties regarding juror no. 7.  The Court, with no objection from the parties, excused juror no. 7.

Court 5convened at 9:08 AM in the presence of the jury.

**BRENOCH WIRTHLIN**, Attorney/Partner (former) with Fennemore Craig, is called, sworn, and testified on direct examination by Mr. Clarkson.  Cross examination by Ms. Williams. Mr. Wirthlin is then excused.
*Government's exhibit 34* is offered, marked, and admitted into evidence.

**SHANNON PIERCE**, Attorney with Fennemore Craig, is called, sworn, and testified on direct examination by Mr. Myhre.
*Government's exhibit 94, 43, 7, 8* are offered, marked, and admitted into evidence.

Court is recessed at 10:20 AM.  The jury is admonished and excused.

**United States of America v. Latonia Smith**
2:19-cr-00304-RFB-VCF
**Jury Trial – Day 3,  Monday, April 26, 2021**

Page | 2

*Outside the presence of the jury:*  Mr. Myhre addressed the Court regarding the possible admission of a video as an exhibit to be entered.  The Court ruled to preclude the audio portion of the incident.

Court recessed at 10:35 AM.
Court reconvened at 10:55 AM, in the presence of the jury.

**SHANNON PIERCE**, Attorney, resumed testimony on direct examination by Mr. Myhre. Witness identifies the defendant.  Redirect by Mr. Dumbrique.
**Government's exhibits 22, 24** are offered, marked, and admitted into evidence.

Court recessed at 11:41 AM.  The jury is admonished and excused.

*Outside the presence of the jury:*  The Court heard representations from witness Pierce as to the objection identified.

Richard Schonfeld, Attorney for Ms. Pierce is identified and addresses the court.

Court reconvened at 12:14 PM in the presence jury.

The Court gave a limiting instruction regarding further testimony of witness.

Court recessed at 12:16 PM. Jury is admonished and excused.

*Outside the presence of the jury:*  The Court heard representations from counsel regarding the witness objection as to her testimony.

Court recessed at 12:18 PM.
Court reconvened at 1:08 PM.

*Outside the presence of the jury*:  The Court heard representations of Mr. Schonfeld regarding the objection as to relevance for the Court's consideration.

Court recessed at 1:14 PM.
Court reconvened at 1:17 PM.

*Outside the presence of the jury.* Mr. Schonfeld addressed the Court.

Court reconvened at 1:23 PM, in the presence of the jury.

**SHANNON PIERCE**, Attorney with Fennemore Craig, resumed testimony on cross examination by Mr. Dumbrique,. Redirect examination by Mr. Myhre. Ms. Pierce is then excused.

**PETE GONZALEZ**, USPIS Forensic Analyst, is called, sworn, and testified on direct examination by Mr. Myhre.  The Court designated Mr. Gonzalez as a Forensic expert for the Government.  Cross examination by Ms. Williams. Mr. Gonzalez is then excused.

**United States of America v. Latonia Smith**
2:19-cr-00304-RFB-VCF
**Jury Trial – Day 3, Monday, April 26, 2021**

Page | 3

*Government's exhibits 70, 78, 77* are offered, marked, and admitted into evidence.
*Government's exhibit 71 is marked.*

Court recessed at 2:21 PM.
Court reconvened at 2:33 PM.

*Outside the presence of the jury.* Government counsel addressed the Court.

Court reconvened at 2:37 PM, in the presence of the jury.

**TYRE GRAY,** Attorney with Fennemore Craig, is called, sworn, and testified on direct examination by Mr. Myhre. Cross examination by Mr. Dumbrique. Redirect examination by Mr. Myhre. Mr. Gray is then excused.
*Government's exhibit 11, 12* are offered, marked, and admitted into evidence.

**SHAWNA BRASELTON,** Legal Administrator for Fennemore Craig, is called, sworn, and testified on direct examination by Mr. Clarkson. Cross examination by Ms. Williams. Ms. Braselton is then excused.

Court recessed at 3:17 PM. The jury is admonished and excused.

*Outside the presence of the jury:* The Court confirmed the order of the witnesses for the government.

Court reconvened at 3:22 PM, in the presence of the jury.

The Court directed the jurors to return by 8:50 AM on Tuesday, April 27, 2021. The jurors are admonished and excused.

Jury trial in this matter is continued to <u>Tuesday, April 27, 2021 at 9:00 AM</u>. Counsel is directed to be in the courtroom by 8:30 AM.

The Court adjourned at 3:27 PM.

                                                          **DEBRA K. KEMPTI, CLERK**
                                                          **U.S. DISTRICT COURT**

                                                                         /s/
                                            BY:_____
                                                 Blanca Lenzi, Deputy Clerk