Telia Mary U. Williams, Esq.
Nevada Bar No. 9359
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Tel: (702) 835-6866
telia@telialaw.com

Gwynne R. Dumbrigue, Esq.
Nevada Bar No. 10031
GRD Law Group, LTD.
1819 E. Charleston Blvd., Ste. 101
Las Vegas, Nevada 89104
attorneydumbrigue@gmail.com

*Attorneys for Defendant,
Latonia Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>LATONIA SMITH,<br><br>   Defendant. | Case No.: 2:19-cr-00304-RFB-VCF-1<br><br>**DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS** |

Certification:  These supplemental jury instructions are timely filed.

  Latonia Smith, by way of her counsel, Telia Mary U. Williams, Esq., and Gwynne R. Dumbrigue Esq., respectfully propose the following supplemental jury instructions, in addition to the ones heretofore proposed:

**Supplemental Jury Instruction 1**:

Threatening to do something that a person has a legal right to do is not a threat to commit an unlawful injury.

*See generally, United States v. Bagdasarian*, 652 F.3d 1113, 1122-23 (9th Cir. 2011); cf., California Penal Code §523 (Cal. Crim No. 1831, Threatening Letters).

**Supplemental Jury Instruction 2:**

Statements that are merely predictive are not unlawful.

*See ids.*

Dated this 28th day of April, 2021.

Respectfully submitted,

LAW OFFICE OF TELIA U. WILLIAMS
/s/ Telia Mary U. Williams, Esq.
Telia Mary U. Williams, Esq.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145

Gwynne R. Dumbrigue, Esq.
GRD Law Group, LTD.
1819 E. Charleston Blvd., Ste. 101
Las Vegas, Nevada 89104

*Attorneys for Defendant, Latonia Smith*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the following date the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record. At the same time, a copy of the document was sent to Government counsel by email, and a hard copy of this motion was also mailed to the defendant in custody.

Dated: April 28, 2021

/s/ David DaSilva
_____
For the Law Office of Telia U. Williams