UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>Defendant. | Case No. 2:19-cr-00304-RFB-VCF<br><br>ORDER |

This Court having ordered the jury impaneled in the above-entitled action kept together during the period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: <u>April 29, 2021</u>.

_____
RICHARD F. BOULWARE, II
United States District Judge