## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>Defendant. | Case No. 2:19-cr-00304-RFB-VCF<br><br>MINUTES OF THE COURT<br><br>DATED: April 29, 2021 |

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   BLANCA LENZI        COURT REPORTER   PATTY GANCI

COUNSEL FOR GOVERNMENT   STEVEN MYHRE, DANIEL CLARKSON

COUNSEL FOR DEFENDANT   TELIA WILLIAMS, GWYNNE DUMBRIQUE

MINUTES OF PROCEEDINGS: **JURY TRIAL – DAY 6**

The Court convened at 9:24 AM.  Defendant is present in custody with defense counsel. Government Counsel along with USPIS Special Agent Justin Steele are present at government counsel table.

*Outside the presence of the jury*: The Court and counsel made the final revisions regarding jury instructions and jury verdict form.

Court recessed at 10:29 AM.
Court reconvened at 10:41 AM, in the presence of the jury.

The Court gave instruction to the jury on the law as contained in the jury instructions.

Closing arguments are presented by Mr. Myhre on behalf of the Government at 11:05 AM.

Closing arguments are presented by Mr. Dumbrique on behalf of Defendant Smith 11.39 PM.

Rebuttal closing arguments presented by Mr. Clarkson on behalf of the Government at 12:25 PM.

The Court instructed the jury on the order of deliberations.

**United States of America v. Latonia Smith**
**2:19-cr-00304-RFB-VCF**
**Jury Trial – Day 6,  Thursday, April 29, 2021**

Page | 2

Bailiff is sworn to take charge of the jury.

The jury retired to deliberate at 12:43 PM and are then excused.

Court is recessed at 12:45 PM.
Court reconvened at 2:39 PM. in the presence of the jury.

All parties are present.

The verdict is read into the record.  See Verdict for details. The Court canvassed the parties as to polling the jury.  The jury is polled.

The jury is thanked for their service and excused at 2:47 PM.

The Court to confer with counsel prior to scheduling the sentencing date in this case.  Sentencing date to be determined.

The Court adjourned at 2:50 PM.

                                                                    **DEBRA K. KEMPTI, CLERK**
                                                                    **U.S. DISTRICT COURT**

                                                                        /s/
                                                  **BY:**_____
                                                               Blanca Lenzi, Deputy Clerk