FILED _____  _____ RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 29, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-CR-00304-RFB-VCF |
| vs. | **VERDICT** |
| LATONIA SMITH, | |
| Defendant. | |

We, the Jury in the above-entitled case, upon our oaths, do say:

1. **COUNT ONE:** We find the Defendant,

    **LATONIA SMITH**, _____ [Not Guilty / (Guilty)],

of the offense of *Mailing Threatening Communications* as charged in Count One of the Indictment.

2. **COUNT TWO:** We find the Defendant,

    **LATONIA SMITH**, _____ [Not Guilty / (Guilty)]

of the offense of *Mailing Threatening Communications* as charged in Count Two of the Indictment.

3. **COUNT THREE:** We find the Defenant,

    **LATONIA SMITH**, _____ [Not Guilty / (Guilty)]

of the offense of *Mailing Threatening Communications* as charged in Count Three of the Indictment.

4.   **COUNT FOUR:** We find the Defenant,

   **LATONIA SMITH,** _____ [Not Guilty / (Guilty)]

of the offense of *Mailing Threatening Communications* as charged in Count Four of the Indictment.

5.   **COUNT FIVE:** We find the Defenant,

   **LATONIA SMITH,** _____ [Not Guilty / (Guilty)]

of the offense of *Mailing Threatening Communications* as charged in Count Five of the Indictment.

DATED this 29 day of April, 2021.

\_\_\_\_-REDACTED-\_\_\_\_
FOREPERSON