RYAN OKABE for
OKABE & HAUSHALTER
1230 Rosecrans Ave Floor 3,
Manhattan Beach, CA 90266
(310) 543-7708
email: southbaylawyer.com
CA State Bar #208935
BRIAN A. NEWMAN for
OKABE & HAUSHALTER
3838 Carson Street, Suite 302/300
Torrance, California 90053
(424) 275-4014; Fax: (424) 275-4015
Email: jjnewbee.newman@gmail.com
CA State Bar #89975
Attorneys for Defendant Latonia Smith

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:19-CR-00304-RFB-VCF |
| PLAINTIFF, | NOTICE OF APPEAL |
| v. | |
| LATONIA SMITH, | |
| DEFENDANT. | |

1

Notice is hereby given that LATONIA SMITH, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying Defendant's Pre-trial Motions, denying her Motion for New trial, her conviction, sentence, and judgment entered in this action on February 4, 2022 (document #277).

DATED: February 10, 2022          Respectfully Submitted,

                                            BRIAN A. NEWMAN for
                                            Law Offices of Okabe & Haushalther


                                        By:   /s/ Brian A. Newman
                                              BRIAN A. NEWMAN
                                              Attorneys for Defendant
                                              Latonia Smith

**CERTIFICATE OF SERVICE**
        I declare that I am over the age of 18 and not a party to the within action.  My business address is 3838 Carson Street, Suite 300/302 Torrance, California 90053.
On 2/10f/2022 I served the following documents:
**NOTICE OF APPEAL**
on the interested parties in this action by placing a true copy of each document thereof, enclosed in a sealed envelope addressed as follows:

Stephen Myre, Assistant US Attorney
VIA ELECTRONIC SERVICE (ECF)


        (    )     **By Mail.**   I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at 3838 Carson Street, Suite 300/302 Torrance, California 90053.
        (XXX )    **By ECF  Service.**   Said document was delivered by electronic service (ECF) to the above addressee(s).
        (    )    **By EMAIL Service.**   I caused said document to be delivered by email transmission to the above addressee(s).
        (    )    **By FAX Service.**   I caused said document to be delivered by facsimile transmission to the above addressee(s).
        (    )    **By Personal Service.**   I caused the envelope to be delivered by hand to addressees at the addresses indicated.
        (    )    **By Federal Express.**   I caused the above documents to be delivered by Federal Express service.
        **(XXX )**   (**Federal**)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Sahnde Moulton*
SAHNDE MOULTON

3