# UNITED STATES COURTS FOR THE NINTH CIRCUIT

# DESIGNATION OF A DISTRICT JUDGE

# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **William Q. Hayes**, United States Senior District Judge for the Southern District of California, to perform the duties of United States District Judge temporarily for the District of Nevada beginning on June 28, 2022, for the following specific case: *USA v. Latonia Smith*, 2:19-cr-00304-JAD-VCF.

June 28, 2022

_____
Mary H. Murguia
Chief Circuit Judge