# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>                      Defendant. | Case No.: 2:19-cr-00304-WQH-VCF<br><br>**ORDER** |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Status Conference set for July 21, 2022 is vacated and reset to September 8, 2022, at 1:00 PM. The Status Conference on September 8, 2022 shall be conducted by videoconference. No later than September 1, 2022, all participating counsel shall email efile_Hayes@casd.uscourts.gov to notify the Court of the email address(es) of the attorneys/parties appearing by video. The Court will provide the attorneys/parties with instructions for joining the videoconference before the hearing.

Dated: July 12, 2022

                                                    *William Q. Hayes*
                                            Hon. William Q. Hayes
                                            United States District Court