UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>                              Defendant. | Case No.:  2:19-cr-00304-WQH-VCF<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Status Conference set for September 8, 2022 is vacated.

Dated:  August 4, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court