UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>                                Defendant. | Case No.:   2:19-cr-00304-WQH-VCF  /<br>                        2:23-cv-02083-WQH-VCF<br><br>**ORDER** |

HAYES, Judge:

This matter comes before the Court on the Motion pursuant to 28 U.S.C. § 2255 filed by Defendant Latonia Smith. (ECF No. 307.)

IT IS HEREBY ORDERED that:

(1) Plaintiff United States of America shall file a written response to Defendant's Motion, including a memorandum of law and fact, no later than January 26, 2024;

(2) Plaintiff's response shall include copies of all pertinent documents, orders and transcripts relevant to Defendant's Motion; and,

(3) Any reply by Defendant to Plaintiff's response shall be filed no later than February 26, 2024.

The court will thereafter issue a ruling.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve notice of this Order upon all parties.

Dated:  December 21, 2023

Hon. William Q. Hayes
United States District Court