UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>                         Defendant. | Case No.:  2:19-cr-00304-WQH-VCF  /<br>2:23-cv-02083-WQH-VCF<br><br>**ORDER** |

HAYES, Judge:

   IT IS HEREBY ORDERED that the Government's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion under 28 U.S.C. § 2255 is granted. (ECF No. 313.)

   IT IS FURTHER ORDERED that Defendant's "Permission for My Attorneys to Reply to Government's Sur-reply" is granted. (ECF No. 314.) No later than 21 days after the date this Order is filed, Defendant Latonia Smith may file a response to the Government's Sur-reply (ECF No. 313-1).

   The court will thereafter issue a ruling on Defendant's pending Motion pursuant to 28 U.S.C. § 2255 (ECF No. 307).

Dated:  June 11, 2024

Hon. William Q. Hayes
United States District Court