# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LATONIA SMITH,<br><br>　　　　Defendant. | Case No.  2:19-cr-00304-WQH-VCF /<br>　　　　　　2:23-cv-02083-WQH<br><br><br>**ORDER APPOINTING COUNSEL** |

　　IT IS ORDERED THAT the Federal Public Defender for the District of Oregon is hereby appointed as counsel for Latonia Smith, pursuant to 18 U.S.C. § 3006A. Specifically, the Federal Public Defender has assigned Assistant Federal Public Defender C. Renée Manes and Assistant Federal Public Defender Liz Daily as counsel to be appointed.

　　Dated this 16th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　The Honorable William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court

Submitted by:

*Fidel Cassino-Ducloux*
_____
Fidel Cassino-DuCloux
Federal Public

**PAGE 1. ORDER APPOINTING COUNSEL**